IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANNETTE JACKSON
on behalf of K.J.,

    Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-174-TWT

## ORDER

This is an action seeking review of a decision by the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending reversing the decision and remanding for reevaluation by the ALJ. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is REVERSED and the case is REMANDED for reevaluation.

SO ORDERED, this 16 day of August, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Jackson\r&r.wpd